IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PLUMBERS & STEAMFITTERS LOCAL NO. 434
HEALTH AND WELFARE FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
UNION ASSESSMENT FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
EDUCATION FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
ORGANIZING FUND
PLUMBERS & STEAMFITTERS LOCAL NO. 434
INDUSTRY FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
SUPPLEMENTAL PENSION FUND,
and TERRY HAYDEN and CHARLES FALCH,
in their capacities as Trustees of THE FUNDS and
PLUMBERS & PIPEFITTERS NATIONAL
PENSION FUND,

        JUDGMENT IN A CIVIL CASE

    Plaintiffs,

v.        09-cv-200-bbc

EVENSON PLUMBING, INC.,

    Defendant.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs against defendant Evenson Plumbing, Inc. in the amount of $3,430.30.

_By: [signature] Lynne Kamela, Deputy Clerk_        1-14-11
Peter Oppeneer, Clerk of Court      Date